IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV255

In re:                                    )
                                          )         Bankruptcy Case No. 14-32079
WSA CONSTRUCTION, LLC,                    )
                                          )         ORDER
        Debtor.                           )
_____ )

      This matter is before the Court upon the bankruptcy court's Order Granting Relief From Stay And Recommending Withdrawal Of Reference To District Court For Lien Lawsuit Proceedings, entered on June 4, 2015. Pursuant to the bankruptcy court's recommendation,

      IT IS THEREFORE ORDERED that the reference in this case is hereby withdrawn for further proceedings in this Court in connection with the interpleader action in Case No. 3:13CV703.

Signed: June 10, 2015

Graham C. Mullen
United States District Judge